# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERICES 256 CAMINO VIEJO, et al.,<br><br>Plaintiffs<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>Defendants | Case No.: 2:23-cv-01512-APG-MDC<br><br>**Order Dismissing Case** |

On January 8, 2024, the plaintiffs were advised by the court that their claims against defendant Federal Housing Finance Agency and Sandra Thompson would be dismissed without prejudice unless by February 7, 2024, the plaintiffs either filed proper proof of service or showed good cause why such service was not timely made. The plaintiffs have failed to do so.

I THEREFORE ORDER that the plaintiffs' claims against the defendants are dismissed without prejudice.

DATED this 8th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE